# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

November 21, 2023

Via ECF

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York

**MEMO ENDORSED**

    **Re:**   *Joyce de la Rosa v. 135 Charles Street Corp.*

    **Docket No. 1:23-cv-08304 (SHS)(GS)**

Dear Judge Stein:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the November 29, 2023 conference to a date in January 2014. The reason for this request is because defendant has not yet appeared by counsel and plaintiff seeks the additional time to obtain an appearance by the defendant in this action. This is the first application to adjourn the conference. Thank you for your time and attention to this matter. With kindest regards, I am

    very truly yours,

    /s/
    Glen H. Parker, Esq.

**Dated: New York, New York**
    **November 27, 2023**

**The conference is adjourned to January 19, 2024, at 10:00 a.m.**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.